IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Michael Earl | Case Number: 04 B 16360 |
|---|---|---|
| | Smith, Daphne Eileen | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | Filed: 4/26/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed: June 30, 2008
Confirmed: June 21, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 16,652.50 | |
| Secured: | | 6,473.33 |
| Unsecured: | | 5,970.13 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 813.79 |
| Other Funds: | | 695.25 |
| Totals: | 16,652.50 | 16,652.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | HSBC Auto Finance | Secured | 6,042.01 | 6,042.01 |
| 5. | Monterey Financial Services | Secured | 431.32 | 431.32 |
| 6. | Peoples Energy Corp | Unsecured | 709.95 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 22.62 | 32.31 |
| 8. | Monterey Financial Services | Unsecured | 554.72 | 792.46 |
| 9. | HSBC Auto Finance | Unsecured | 2,676.51 | 3,823.59 |
| 10. | Monterey Financial Services | Unsecured | 185.12 | 264.45 |
| 11. | Capital One | Unsecured | 740.12 | 1,057.32 |
| 12. | Ballert Orthopedic of Chicago | Unsecured | | No Claim Filed |
| 13. | AT&T | Unsecured | | No Claim Filed |
| 14. | J C Christensen & Assoc | Unsecured | | No Claim Filed |
| 15. | Swedish Covenant Hospital | Unsecured | | No Claim Filed |
| 16. | Diagnostic Radiology | Unsecured | | No Claim Filed |
| 17. | State Collection Srv | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 14,062.37 | $ 15,143.46 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 63.07 |
| 6.5% | 171.43 |
| 3% | 30.14 |
| 5.5% | 165.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Michael Earl | Case Number: 04 B 16360
Smith, Daphne Eileen | Judge: Hollis, Pamela S
Printed: 8/26/08 | Filed: 4/26/04

|      |        |
|------|--------|
| 5%   | 50.24  |
| 4.8% | 95.97  |
| 5.4% | 237.80 |
|      | _____ |
|      | $ 813.79 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____